# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| Mark Lawrence, individually, and on behalf of all others similarly situated,,<br><br>        Plaintiffs,<br><br>   v.<br><br>General Panel Corp., a division of Perma "R" Products, Inc.,<br><br>        Defendants. | Case No.: 2:17-cv-600-RMG<br>(Formerly C/A No.:  2016-CP-10-6588)<br><br><br>**NOTICE OF REMOVAL OF ACTION<br>UNDER 28 U.S.C. § 1441(b)** |

**TO: THE UNITED STATES COURT DISTRICT COURT:**

  Defendant, General Panel Corp., a division of Perma "R" Products, Inc., would respectfully show the Court in support of its Notice of Removal that:

  1. The Amended Summons and Complaint in this action was filed on January 25, 2017 in the Court of Common Pleas for Charleston County, South Carolina.  Attached for the Court are copies of Plaintiffs' Amended Summons and Complaint.  The Amended Complaint is the first pleading served upon the Defendant in this action and service was effected on February 2, 2017. Therefore, removal is timely under 28 U.S.C. §1446(b).

  2. The United States District Court has jurisdiction over this action pursuant to 28 U.S.C. §1332.  Plaintiff Lawrence is a resident and citizen of the State of South Carolina; Defendant is a resident and citizen of the State of Mississippi; and Defendant is incorporated in the State of Mississippi and has its principal place of business in the State of Mississippi.   The action has been brought by the Plaintiff against the Defendant in the alleged matter which occurred in Charleston County, South Carolina.

3.      Venue is proper in this matter in the Charleston Division of this Court in accordance with 28 U.S.C. §1441(a).

4.      Upon information and belief, the amount in controversy in this matter exceeds $75,000.00. Plaintiff alleges that he represents a class of South Carolina residents who are entitled to the costs to repair damages to their homes and other buildings. The structures at issue were allegedly constructed using SIPS [SIPS are manufactured by Defendant using two sheets of oriented strand board ("OSB"), with insulating foam inserted between the OSB sheets.] designed, selected, produced, manufactured, fabricated, constructed, marketed, distributed, and sold by Defendant. Plaintiffs allege that the SIPS used were defective and have failed and that these defects have caused unreasonably dangerous and unsafe conditions and have caused substantial damage and deterioration of the structure of their homes and the exterior building envelopes and have caused damages to non-defective building components and other property. Furthermore, Plaintiffs seek costs and statutory attorney fees.

5.      Defendant has filed no pleadings in this action with the Court of Common Pleas for the State of South Carolina in response to this Complaint; however, Defendant's Answer to the Plaintiffs' Complaint is filed herewith contemporaneously.

6.      Defendant has furnished a copy of this Notice of Removal to the Clerk of Court for Charleston County.

WHEREFORE, Defendant General Panel Corp & Perma R Products, Inc. prays that this action be removed to the United States District Court for the District of South Carolina.

**[SIGNATURE PAGE TO FOLLOW]**

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

Everett A. Kendall, II Fed. I.D. No. 6762
Richard E. McLawhorn, Fed. I.D. No. 11441
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
eak@swblaw.com
rem@swblaw.com
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANT**

Columbia, South Carolina

March 2, 2017