The Verdi Group

3265 Benchmark Drive
Ladson, SC 29456

# Invoice

| Date | Invoice # |
|---|---|
| 3/20/2007 | 68 |

| Bill To |
|---|
| Mark Lawrence<br>1037 Chuck Dawley Blvd.<br>Bldg. D, Suite 210<br>Mt. Pleasant, SC 29464 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Item | Description | Est Amt | Prior A... | Prior % | Qty | Rate | Curr % | Total % | Prior Qty | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Framing | SIPs Framing Labor | 27020.40 | 25669.38 | 95.00% | 0.05 | 27,020.40 | 5.00% | 100.00% | 0.95 | 1,351.02 |

*plus approx. $1,800 for lifts*

We appreciate your prompt payment.

| Total | $1,351.02 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $1,351.02 |

EXHIBIT 2

Lawrence 000184

# Invoice

The Verdi Group

3265 Benchmark Drive
Ladson, SC 29456

| Date | Invoice # |
|---|---|
| 4/27/2007 | 71 |

| Bill To |
|---|
| Mark Lawrence<br>1037 Chuck Dawley Blvd.<br>Bldg. D, Suite 210<br>Mt. Pleasant, SC 29464 |

| Description | Amount |
|---|---|
| United Rental invoice #62937598.001- Crane for installation of Structural Insulated Panels | 1,718.33 |
| United Rental invoice #62805149.001 - Crane for installation of Structural Insulated Panels | 1,168.31 |

Please remit to above address.

**Total** $2,886.64

Lawrence 000185

The Verdi Group

3265 Benchmark Drive
Ladson, SC 29456

# Invoice

| Date | Invoice # |
|---|---|
| 6/22/2007 | 79 |

| Bill To |
|---|
| Mark Lawrence<br>1037 Chuck Dawley Blvd.<br>Bldg. D, Suite 210<br>Mt. Pleasant, SC 29464 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Credit for Tyvek house wrap | -250.00 | -250.00 |
|  | Credit for lumber | -234.40 | -234.40 |
|  | 2 foam kits - to be delivered | 1,200.00 | 1,200.00 |
|  | Credit for 1 foam kit | -600.00 | -600.00 |

**Total** $115.60

Lawrence 000186