# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **MARK LAWRENCE, individually, and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**GENERAL PANEL CORP., a division of PERMA "R" PRODUCTS, INC.,**<br><br>**Defendant.** | Case No.: 2:17-cv-600-RMG<br><br><br>**CONSENT MOTION FOR EXTENSION OF TIME** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Civil Rules 6.01 and 12.01, Plaintiff Mark Lawrence ("Lawrence") in the above-captioned case, by and through his undersigned counsel, respectfully submits this Consent Motion for Extension of Time. Plaintiff moves this Honorable Court for an Order extending his deadline to file a Response to Defendant's Motion for Summary Judgment, which was filed as document number 20 on October 5, 2017. The current deadline for Plaintiff to submit his Response is October 19, 2017. Plaintiff submits this motion not for delay and with the consent of the Defendant. This extension will not impact any other deadlines in this matter. Plaintiff respectfully requests this Court for an Order extending his deadline seven (7) days, making his Response due on or before October 26, 2017.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending his deadline to file a Response to Defendant's Motion for Summary Judgment to October 26, 2017.

                                                s/ Blake A. McKie
                                                J. Rutledge Young, III (Fed. Bar No. 7260)
                                                Blake A. McKie (Fed. Bar No. 10887)
                                                D<small>UFFY</small> & Y<small>OUNG</small>, LLC
                                                96 Broad Street
                                                Charleston, South Carolina 29401
                                                (843) 720-2044 (phone)
                                                (843) 720-2047 (fax)
                                                ryoung@duffyandyoung.com
                                                bmckie@duffyandyoung.com
                                                *Attorneys for Plaintiff*

October 17, 2017
Charleston, South Carolina